**EXHIBIT "A"**

THE AD *Agency*

| | |
|---|---|
| Client: | Freedom Suzuki |
| Media: Radio | Cut: The Man 2 |
| Date: 8/03/07 | Length: 60 |

Ph: 803-936-1456  Fax: 803-936-1562

Capt. Freedom:  Whoeee...To be the man you got to beat the man! Rick Flair was right all you other car dealers out there.  Freedom Suzuki is offering the Forenza and the Reno starting at 8950 during the Suzuki summer sell-down...now beat that...you can't!

Fish:  Easy Captain Freedom...you don't want to burst a blood vessel.

Captain Freedom:  Well let's tag-team'em Fish!

Fish: Forenza and Reno is the tag-team deal champion...you can get either one starting at 8950. The midlands only President's Club member is also offering XL7 Crossover for 259 a month, that's right only 259 and it has a 7 year hundred thousand mile warranty.  And when you think Suzuki...think Freedom Suzuki!!!!!

Captain Freedom:  Come check out me, and the WWE at the Colonial Center August 21st.  Whoeee!

Disclaimer:  Prices include $399 doc fee...all rebates to dealer, including college customer cash, WAC...XL7 48 month lease $2499 due at signing includes down payment, SC taxes and tags and $399 doc fee. 12,000 miles per year, .15 per mile over may be purchased at lease end for $8236.90 $250 termination fee due at lease end sum of payments $18,239.00