**EXHIBIT "B"**

| | |
|---|---|
| THE AD *Agency* | Client: Freedom Suzuki <br> Media: Radio     Cut: The Man 2 <br> Date: 8/03/07     Length: 60 |

Ph: 803-936-1456  Fax: 803-936-1562

---

**Generic VO:** Whoeee...To be the man you got to beat the man and to be beat the man you got to be the man! Rick Flair was right all you other car dealers out there. Freedom Suzuki is offering the Forenza and the Reno starting at 8950 during the Suzuki summer sell-down...now beat that...you can't!

**Fish:** Right now Freedom Suzuki is offering a tag-team deal!!! The Forenza and Reno...you can get either starting at 8950. The midlands only President's Club member is also offering the XL7 Crossover for 259 a month, that's right only 259 and it has a 7 year hundred thousand mile warranty. And when you think Suzuki...think Freedom Suzuki!!!!!

**Generic VO:** Come check the WWE at the Colonial Center 7:30 on August 21st. Whoeee!

**Disclaimer:** 06 Forenza and Reno plus 499 Doc fee included plus tax and tag must be approved by American Suzuki. XL7 48 month lease $2499 due at signing includes down payment, SC taxes and tags and $399 doc fee. 12,000 miles per year, .15 per mile over may be purchased at lease end for $8236.90 $250 termination fee due at lease end sum of payments $18,239.00